

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2022

No. 04-21-00523-CV

Leonardo **SAENZ,**
Appellant

v.

Julia **SAENZ,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 21-02-00035CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

On June 13, 2022, appellee filed her appellee's brief. The brief does not comply with Rule 38.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1(i), 38.2(a). Specifically, the brief does not contain an argument *with appropriate citations to the record. See id.* R. 38.1(i) (requiring argument with citations to the record for appellant's brief), 38.2(a) (requiring appellee's brief to conform to the requirements for appellant's brief in Rule 38.1).

Accordingly, we **ORDER** appellee's brief **STRICKEN** and **ORDER** appellee to file an amended brief in this court complying with Rule 38.2 by **June 24, 2022** or this case will be set at issue without an appellee's brief.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court